State of Alabama
United States District Court
Middle District of Alabama

RECEIVED

2007 FEB -6 A 9: 34

United States of America,

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff,

Case No.: 2:05-CR-138-LSC
Hon. Judge: L. Scott Coogler

V.

2:07cv 113-mht

Dimitri Ray Henderson,

Defendant.

Dimitri Ray Henderson 11739-002
Federal Detention Center
P.O. Box 1000
Milan, MI 48160

## MOTION TO AMEND OR CORRECT JUDGMENT

NOW COMES the Defendant, DIMITRI RAY HENDERSON,

moves this Court to Amend or Correct Judgment of Sentence based

on an error in failing to consider U.S.S.G. § 5G1.3 (governing

the imposition of a sentence when the Defendant is "subject to an undischarged term of imprisonment.")

1. The Defendant is charged with 85 counts of Transportation of Counterfeited Securities 18 USC § 2314. This offense was alleged to took place, from or about Sunday, January 09, 2005, continuing up to or about Wednesday, February 23, 2005.

2. On Thursday, July 14, 2005, the Defendant was sentence in the 6th Circuit Court for the County of Oakland to a term of 28 months to 15 years of imprisonment for a probation violation offense.

3. On Thursday, July 21, 2005, the Defendant was then transported to the Michigan Department of Corrections RG&C in Jackson, Michigan.

4. A Federal Detainer was lodged on Monday, August 29, 2005, and then the Defendant was removed from MDOC state custody by a Federal Writ of habeas corpus to answer to federal charges.

5. The Defendant appeared before the United States Magistrate Judge, Susan Russ Walker on Wednesday, September 21, 2005, for a federal arrest warrant that was issued on Thursday, September 15, 2005.

6. On Monday, February 06, 2006, the Defendant appeared before the United States Magistrate Judge, Delores R. Boyd to enter a

-2-

plea of guilty to count 1 of the Superseding Indictment that was filed against him.

7. On Thursday, June 08, 2006, the Defendant was sentence to 12 months and 1 day to the Bureau of Prisons by U.S. District Judge, L. Scott Coogler.

8. The Defendant was placed in Montgomery City Jail, which is a Federal Holding Facility for approximately 10 months during the time of his federal proceedings. Overall, the Defendant was in federal custody from Wednesday, August 29, 2005, until Friday, July 07 2006, when he return back to Cotton Correctional Facility in Jackson, Michigan.

WHEREFORE, the Defendant, Dimitri Ray Henderson,

respectfully requests that this Court enter an Order granting

Defendant's Motion to Amend or Correct Judgment of Sentence.

Respectfully submitted,
BY: Dimitri R. Henderson
Dimitri R. Henderson

DATED: January 30, 2007

Dimitri Henderson 11739-002
Federal Detention Center
P.O. Box 1000
Milan, MI 48160

Ms. Debra P. Hackett
United States District Court
United States Courthouse
Attn: Clerk of Court
One Church Street
Montgomery, AL 36104



AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

UNITED STATES OF AMERICA

    v.                                    Case Number 2:05-CR-138-LSC

DI'MITRI RAY HENDERSON                  USM Number  11739-002
    Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, DI'MITRI RAY HENDERSON, was represented by Donnie Wayne Bethel.

On motion of the United States, the court has dismissed counts 2 through 85 with prejudice.

The defendant pleaded guilty to count 1.  Accordingly, the defendant is adjudged guilty of the following count, involving the indicated offense:

| Title & Section | Nature of Offense | Offense Ended | Count Number |
| --- | --- | --- | --- |
| 18 USC § 2314 | Transportation of Counterfeited Securities | 2/23/2005 | 1 |

As pronounced on June 8, 2006, the defendant is sentenced as provided in pages 2 through 6 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for count 1, which shall be due immediately, payable to the Clerk, U. S. District Court, Middle District of Alabama, P.O. Box 711, Montgomery, AL 36104.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Done this 12th day of June 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019

Case 2:07-cv-00218-MHT-TFM   Document 1-2   Filed 02/06/2007   Page 2 of 6

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Defendant: DI'MITRI RAY HENDERSON
Case Number: 2:05-CR-138-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWELVE (12) months and ONE (1) day as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be housed as close as possible to his family in Montgomery, AL.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to_____ at _____
_____, with a certified copy of this Judgment.


_____
United States Marshal

By      _____
Deputy Marshal

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 - Supervised Release

Judgment--Page 3 of 6

Defendant: DI'MITRI RAY HENDERSON
Case Number: 2:05-CR-138-LSC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐       The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

✔       The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

✔       The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐       The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the student, as directed by the probation officer. (Check, if applicable.)

☐       The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)       the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)       the defendant shall support his or her dependents and meet other family responsibilities;

5)       the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)       the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)       the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)       the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

* AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 - Continuation of Standard Conditions of Supervised Release

Judgment--Page 4 of 6

Defendant:  DI'MITRI RAY HENDERSON
Case Number:  2:05-CR-138-LSC

### CONTINUATION OF STANDARD CONDITIONS OF SUPERVISED RELEASE

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Dbt f 13-16 ds 1 1249 MFD FSC!!!! Endyn f gv1 -2!!!! Grfrel 17 93 621 17!!!! Obhf 16 pd 7

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 (cont'd) - Supervised Release

Judgment--Page 5 of 6

Defendant:  DI'MITRI RAY HENDERSON
Case Number:  2:05-CR-138-LSC

## SPECIAL CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1)  The defendant shall not incur any new debts (other than normal debts for utilities and rental expenses, or mortgage payments) or open any new lines of credit without permission of the probation officer unless the defendant is in compliance with the payment of any monetary obligations ordered.
2)  The defendant shall provide the probation officer any requested financial information.
3)  The defendant shall cooperate with the collection of DNA.
4)  The defendant shall submit to a search of his person, residence, office, or vehicle pursuant to the search policy of this court.

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 6 - Restitution and Forfeiture

Judgment--Page 6 of 6

Defendant:  DI'MITRI RAY HENDERSON
Case Number:  2:05-CR-138-LSC

## RESTITUTION AND FORFEITURE

## RESTITUTION

The court, pursuant to the Victim and Witness Restitution Act, finds that the following is the victim of defendant's criminal conduct and has sustained loss in the indicated amounts and orders restitution by the defendant as follows:

| Name & address of payee | Amount |
|---|---|
| Winn Dixie Corporation<br>Attn: Melissa Wilker, through United Compucred<br>P.O. Box 111100<br>Cincinnati, Ohio 45211 | $22,937.99 |

Payments of restitution (interest waived) are to be made to Clerk, U. S. District Court, for transfer to the payee.

Restitution is due and payable immediately.  Any balance remaining at the start of supervision shall be paid at the rate of not less than $100.00 per month.

If there are multiple payees, any payment not made directly to a payee shall be divided proportionately among the payees named unless otherwise specified here:

Case 2:07-cv-00113-MHT-TFM

27BF, AG, CLOSED, MHT-ClerkA

# U.S. District Court
## Alabama Middle District (Montgomery)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-00138-LSC-DRB-1
### Internal Use Only

Case title: USA v. Henderson                          Date Filed: 05/25/2005

Assigned to: Honorable L. Scott
Coogler
Referred to: Honorable Delores R. Boyd

**Defendant**

**Di'Mitri Ray Henderson** (1)            represented by    **Federal Defender**
*TERMINATED: 06/12/2006*                                    Federal Defenders
                                                            Middle District of Alabama
                                                            201 Monroe Street, Suite 1960
                                                            Montgomery, AL 36104
                                                            334-834-2099
                                                            Fax: 834-0353
                                                            Email: ECFCMALM@fd.org
                                                            *LEAD ATTORNEY*
                                                            *Designation: Public Defender or*
                                                            *Community Defender Appointment*

                                                            **Donnie Wayne Bethel**
                                                            Federal Defenders
                                                            201 Monroe Street
                                                            Suite 407
                                                            Montgomery, AL 36104
                                                            334-834-2099
                                                            Fax: 834-0358
                                                            Email: don_bethel@fd.org
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or*
                                                            *Community Defender Appointment*

**Pending Counts**                                **Disposition**

18:1073 FLIGHT TO AVOID
PROSECUTION -- NMT $250,000 [*];
NMT 5Y; B; NMT 3Y SUP REL;                        Dismissed on Government's Motion
G-LNS; VWPA; $100 SA

(1)

18:2314/18:2 SCHEME TO DEFRAUD
- NMT $250,000 [*]; NMT 10Y; B;
NMT 3Y SUP REL; G-LNS; VWPA;
$100 SA; FORFEITURE
ALLEGATION
(1s-86s)

Dismissed on Government's Motion

18:2314/2 TRANSPORTATION OF
COUNTERFEIT CHECKS; AIDING &
ABETTING - NMT $250,000 [*]; NMT
10Y; B; NMT 3Y SUP REL; G-LNS;
VWPA; $100 SA; FORFEITURE
ALLEGATION
(1ss)

12 Mos, 1 Day Imp; 3 Yrs Sup Rel;
$22,937.99 Restitution (Winn Dixie);
$100 SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:2314/2 TRANSPORTATION OF
COUNTERFEIT CHECKS; AIDING &
ABETTING - NMT $250,000 [*]; NMT
10Y; B; NMT 3Y SUP REL; G-LNS;
VWPA; $100 SA; FORFEITURE
ALLEGATION
(2ss-85ss)

**Disposition**

Dismissed on Government's 6/8/06 Oral
Motion

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA

represented by **Todd A. Brown**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: todd.brown@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John T. Harmon**
U.S. Attorneys Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 334-223-7560
Email: john.harmon@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2005 | 1 | INDICTMENT as to Di'Mitri Ray Henderson (1) count(s) 1. (snc) (Entered: 05/27/2005) |
| 05/25/2005 | | ***Set/Clear Flags as to Di'Mitri Ray Henderson (snc) (Entered: 07/28/2005) |
| 06/08/2005 | | Case unsealed as to Di'Mitri Ray Henderson (pursuant to notice from USM that detainer has been lodged). (snc) (Entered: 06/08/2005) |
| 06/29/2005 | 4 | SUPERSEDING INDICTMENT as to Di'Mitri Ray Henderson (1) count(s) 1s-86s. (snc) (Entered: 07/01/2005) |
| 06/29/2005 | 5 | Limits of Punishment as to Di'Mitri Ray Henderson: (snc) (Entered: 07/01/2005) |
| 07/05/2005 | 7 | Arrest Warrant (issued 6/26/05) Returned Unexecuted in case as to Di'Mitri Ray Henderson (replaced when superseding indictment filed). (snc) (Entered: 07/12/2005) |
| 07/15/2005 | 8 | MOTION to Dismiss *Indictment filed on May 25, 2005 (Superseding Indictment filed on June 29, 2005)* by USA as to Di'Mitri Ray Henderson. (Attachments: # 1 Text of Proposed Order)(Brown, Todd) (Entered: 07/15/2005) |
| 07/18/2005 | 9 | ORDER granting 8 Motion to Dismiss (Original Indictment) as to Di'Mitri Ray Henderson (1). Signed by Judge Myron H. Thompson on 7/18/05. (snc) (Entered: 07/18/2005) |
| 07/18/2005 | | DISMISSAL OF (ORIGINAL) INDICTMENT on Government Motion as to Di'Mitri Ray Henderson; Count 1 dismissed. (snc) (Entered: 07/18/2005) |
| 07/29/2005 | 10 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Di'Mitri Ray Henderson. (Attachments: # 1 Text of Proposed Order)(Brown, Todd) (Entered: 07/29/2005) |
| 08/01/2005 | 11 | ORDER granting 10 Motion for Writ of Habeas Corpus ad prosequendum as to Di'Mitri Ray Henderson (1), and directing the clerk to issue a WHCAP to Oakland County Sheriff's Office/Oakland County Jail for |

|  |  | defendant Henderson's appearance at arraignment on 8/17/05. Signed by Judge Delores R. Boyd on 8/1/05. (snc) (Entered: 08/01/2005) |
|---|---|---|
| 08/01/2005 | 12 | Writ of Habeas Corpus ad Prosequendum Issued as to Di'Mitri Ray Henderson for Arraignment set for 8/17/2005 10:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. (snc) (Entered: 08/01/2005) |
| 08/08/2005 | 13 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Di'Mitri Ray Henderson. (Attachments: # 1 Text of Proposed Order)(Brown, Todd) (Entered: 08/08/2005) |
| 08/09/2005 | 14 | ORDER granting 13 Motion for Writ of Habeas Corpus ad prosequendum as to Di'Mitri Ray Henderson (1) Directing the Clerk to issue a WHCAP addressed to the State of Michigan Dept. of Correction, commanding them to deliver said prisoner to any U.S. Marshal or Deputy U.S. Marshal and directing said Marshal or Deputy to bring said prisoner before this court for arraignment on 9/21/05 at 10:00 a.m. and to return said prisoner to said official when the court has finished with him. Signed by Judge Delores R. Boyd on 8/9/05. (ws, ) (Entered: 08/09/2005) |
| 08/09/2005 | 16 | Writ of Habeas Corpus ad Prosequendum as to Di'Mitri Ray Henderson Returned Unexecuted (incorrect facility) (snc) (Entered: 08/11/2005) |
| 08/10/2005 | 15 | Writ of Habeas Corpus ad Prosequendum Issued as to Di'Mitri Ray Henderson for 9/21/05. Arraignment set for 9/21/2005 10:00 AM in Courtroom 5B before Honorable Susan Russ Walker. (ws ) (Entered: 08/10/2005) |
| 08/10/2005 |  | ***Location start as to Di'Mitri Ray Henderson (ws, ) (Entered: 08/10/2005) |
| 09/08/2005 | 17 | SUPERSEDING INDICTMENT as to Di'Mitri Ray Henderson (1) count(s) 1ss-85ss; INDICTMENT as to Richard Carl Rowe, III (2) count(s) 49-72 and Joel Thoussaint (3) count(s) 73-85. (snc) Modified on 1/17/2006 (snc) to unseal. (Entered: 09/14/2005) |
| 09/13/2005 | 19 | ORDER to Produce Prisoner for Arraignment as to Di'Mitri Ray Henderson setting Arraignment for 9/21/2005 10:00 AM in Courtroom 5B before Honorable Susan Russ Walker. Signed by Judge Delores R. Boyd on 9/13/05. (snc) (Entered: 09/14/2005) |
| 09/13/2005 | 20 | MOTION to Dismiss (June 29/05 Superseding Indictment) by USA as to Di'Mitri Ray Henderson. (Attachments: # 1 Proposed Order)(snc) (Entered: 09/14/2005) |
| 09/15/2005 | 23 | Arrest Warrant Returned Executed in case as to Di'Mitri Ray Henderson. Defendant arrested on 9/15/05. (snc) (Entered: 09/16/2005) |
| 09/19/2005 | 24 | ORDER granting 20 Motion to Dismiss June 29, 2005, Superseding Indictment as to Di'Mitri Ray Henderson (1). Signed by Judge Myron H. Thompson on 9/19/05. (snc) (Entered: 09/19/2005) |

| 09/19/2005 | 🔵 | DISMISSAL OF COUNTS 1s - 86s on Government Motion as to Di'Mitri Ray Henderson. (snc) (Entered: 09/19/2005) |
| --- | --- | --- |
| 09/21/2005 | 🔵25 | CJA 23 Financial Affidavit by Di'Mitri Ray Henderson (jct, ) (Entered: 09/21/2005) |
| 09/21/2005 | 🔵 | ORAL MOTION to Appoint Counsel by Di'Mitri Ray Henderson. (jct, ) (Entered: 09/21/2005) |
| 09/21/2005 | 🔵 | ORDER (ORAL)granting [] Oral Motion to Appoint Counsel: Federal Defender appointed as to Di'Mitri Ray Henderson (1). Signed by Judge Susan Russ Walker on 9/21/05. (jct, ) (Entered: 09/21/2005) |
| 09/21/2005 | 🔵26 | WAIVER of Speedy Trial by Di'Mitri Ray Henderson (jct, ) (Entered: 09/21/2005) |
| 09/21/2005 | 🔵27 | Minute Entry for proceedings held before Judge Susan Russ Walker :Arraignment as to Di'Mitri Ray Henderson (1) Count 1ss-85ss held on 9/21/2005, Initial Appearance as to Di'Mitri Ray Henderson held on 9/21/2005, Plea entered by Di'Mitri Ray Henderson (1) Not Guilty on counts 1ss - 85ss. (Recording Time 10:54 - 11:08.) (jct, ) (Entered: 09/21/2005) |
| 09/22/2005 | 🔵28 | ORDER ON ARRAIGNMENT (incorporating Order to Continue - Ends of Justice) as to Di'Mitri Ray Henderson setting Pretrial Conference for 10/17/2005 11:00 AM in Courtroom 4A before Honorable Delores R. Boyd, setting Jury Trial for 1/23/2006 criminal term before Honorable Myron H. Thompson, directing that Pretrial Motions are due by 10/12/2005, and directing that the government has provided initial disclosure and discovery is due from defendant by 9/29/2005. Signed by Judge Delores R. Boyd on 9/22/05. (snc) (Entered: 09/22/2005) |
| 09/26/2005 | 🔵29 | NOTICE OF ATTORNEY APPEARANCE: Donnie Wayne Bethel appearing for Di'Mitri Ray Henderson (Bethel, Donnie) (Entered: 09/26/2005) |
| 10/17/2005 | 🔵30 | Minute Entry for proceedings held before Judge Delores R. Boyd :Pretrial Conference as to Di'Mitri Ray Henderson held on 10/17/2005 (Recording Time FTR: 11:09 - 11:15 am.) (sql, ) (Entered: 10/17/2005) |
| 10/18/2005 | 🔵35 | PRETRIAL CONFERENCE ORDER as to Di'Mitri Ray Henderson setting Jury Selection and Jury Trial (ETT 3 1/2 days) for 1/23/2006 10:00 AM in Courtroom 2E before Honorable Myron H. Thompson, directing that Voir Dire is due by 1/17/2006, directing that Proposed Jury Instructions are due by 1/17/2006, setting Motions in Limine deadline for 1/17/2006, setting Plea Agreement deadline for 1/17/2006. Signed by Judge Delores R. Boyd on 10/17/05. (snc) (Entered: 10/18/2005) |
| 10/28/2005 | 🔵40 | MOTION for Release from Custody *to agents* by USA as to Di'Mitri Ray Henderson. (Attachments: # 1 Text of Proposed Order)(Brown, Todd) (Entered: 10/28/2005) |

| 10/31/2005 | ◉41 | ORDER granting 40 Motion for Release from Custody as to Di'Mitri Ray Henderson (1) that the U.S. Marshals Service release custody of the defendant to SA Leighton Greenlee and/or Marty Johnson, Brooke Henderson and/or Wayne Gaskin on 10/31/05 through 3/31/06 so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the U.S. Attorney without the necessity of the presence of a Deputy U.S. Marshal and that said agents return said prisoner into the custody of the U.S. Marshals Service when they finished with him. Signed by Judge Delores R. Boyd on 10/31/05. (ws, ) (Entered: 10/31/2005) |
|---|---|---|
| 01/12/2006 | ◉55 | MOTION to Continue , *Unopposed* by Di'Mitri Ray Henderson. (Bethel, Donnie) (Entered: 01/12/2006) |
| 01/18/2006 | ◉58 | WAIVER of Speedy Trial by Di'Mitri Ray Henderson (Bethel, Donnie) (Entered: 01/18/2006) |
| 01/19/2006 | ◉59 | ORDER TO CONTINUE - Ends of Justice as to Di'Mitri Ray Henderson (1) granting 55 MOTION to Continue filed by Di'Mitri Ray Henderson, and (2) resetting Jury Selection and Jury Trial, now set for 1/23/06, for 2/13/2006 10:00AM before Honorable L. Scott Coogler. Signed by Judge Myron H. Thompson on 1/19/06. (snc) (Entered: 01/19/2006) |
| 01/19/2006 | ◉ | Case as to Di'Mitri Ray Henderson, Richard Carl Rowe, III REASSIGNED to Judge L. Scott Coogler. Judge Myron H. Thompson no longer assigned to the case. (snc) (Entered: 01/19/2006) |
| 01/25/2006 | ◉65 | NOTICE OF INTENT TO CHANGE PLEA by Di'Mitri Ray Henderson (Bethel, Donnie) (Entered: 01/25/2006) |
| 01/26/2006 | ◉66 | ORDER as to Di'Mitri Ray Henderson setting Change of Plea Hearing for 2/6/2006 11:45 AM in Courtroom 4A before Honorable Delores R. Boyd, directing the clerk to provide a court reporter, and directing the USM to produce the defendant, if in custody. Signed by Judge Delores R. Boyd on 1/26/06. (snc) (Entered: 01/26/2006) |
| 02/06/2006 | ◉67 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Di'Mitri Ray Henderson (sql, ) (Entered: 02/06/2006) |
| 02/06/2006 | ◉68 | PLEA AGREEMENT as to Di'Mitri Ray Henderson (sql, ) (Entered: 02/06/2006) |
| 02/06/2006 | ◉69 | Minute Entry for proceedings held before Judge Delores R. Boyd :Change of Plea Hearing as to Di'Mitri Ray Henderson held on 2/6/2006, Plea entered by Di'Mitri Ray Henderson (1) Guilty Count 1ss. (Court Reporter Risa Entrekin.) (sql, ) (Entered: 02/06/2006) |
| 02/06/2006 | ◉ | ORAL ORDER Accepting Guilty Plea as to Di'Mitri Ray Henderson and Adjudicating the defendant guilty as to Count(s)1ss of the Indictment . by Judge Delores R. Boyd on 2/6/2006. (sql, ) (Entered: 02/06/2006) |

| 02/06/2006 | 🔲 | Terminate Trial Deadlines and Hearings as to Di'Mitri Ray Henderson, Richard Carl Rowe, III pursuant to guilty pleas (snc) (Entered: 02/07/2006) |
|---|---|---|
| 02/15/2006 | 🔲81 | ORDER as to Di'Mitri Ray Henderson setting Sentencing for 6/8/2006 10:45 AM before Honorable L. Scott Coogler, directing counsel to communicate in writing to the PO any objections to the PSR by 5/2/06, and directing parties to be available for a conference with the PO on 5/9/06 at 9:30 a.m., as outlined in order . Signed by Judge L. Scott Coogler on 2/15/06. (snc) (Entered: 02/15/2006) |
| 02/22/2006 | 🔲83 | MOTION to Strike *Forfeiture Allegation* by USA as to Di'Mitri Ray Henderson, Richard Carl Rowe, III, Joel Thoussaint. (Attachments: # 1 Text of Proposed Order)(Harmon, John) (Entered: 02/22/2006) |
| 02/27/2006 | 🔲85 | STAMPED ORDER granting 83 Motion to Strike Forfeiture Allegation as to Di'Mitri Ray Henderson (1), Richard Carl Rowe III (2), and Joel Thoussaint (3). Signed by Judge L. Scott Coogler on 2/27/06. (kcg, ) (Entered: 02/27/2006) |
| 06/07/2006 | 🔲98 | MOTION for Downward Departure by USA as to Di'Mitri Ray Henderson. (Brown, Todd) (Entered: 06/07/2006) |
| 06/08/2006 | 🔲 | Minute Entry SENTENCING HEARING held before Judge L. Scott Coogler on 6/8/2006 as to Di'Mitri Ray Henderson. Defendant's objections to PSR heard and orally overruled. Motions for downward departure and to dismiss counts 2ss-85ss granted. Defendant remanded. (Court Reporter Lindy Fuller.) (snc) (Entered: 06/12/2006) |
| 06/08/2006 | 🔲 | ORAL ORDER granting government's 98 Motion for Downward Departure as to Di'Mitri Ray Henderson (1). Entered by Judge L. Scott Coogler on 6/8/06. (snc) (Entered: 06/12/2006) |
| 06/08/2006 | 🔲 | ORAL MOTION to Dismiss Counts 2ss-85ss of the Superseding Indictment by USA as to Di'Mitri Ray Henderson. (snc) (Entered: 06/12/2006) |
| 06/08/2006 | 🔲 | ORAL ORDER granting [ORAL] Motion to Dismiss Counts 2ss-85ss of the Superseding Indictment as to Di'Mitri Ray Henderson (1). Entered by Judge L. Scott Coogler on 6/8/06. (snc) (Entered: 06/12/2006) |
| 06/12/2006 | 🔲99 | JUDGMENT as to Di'Mitri Ray Henderson (1): Count(s) 1, 1s-86s, Dismissed on Government's Motion. Count 1ss - 12 Mos, 1 Day Imp; 3 Yrs Sup Rel; $22,937.99 Restitution (Winn Dixie); $100 SA. Count(s) 2ss - 85ss, Dismissed on Government's 6/8/06 Oral Motion . Signed by Judge L. Scott Coogler on 6/12/06. (snc) (Entered: 06/12/2006) |
| 06/12/2006 | | ***Set/Clear Flags as to Di'Mitri Ray Henderson (snc, ) (Entered: 06/12/2006) |
| 07/05/2006 | 🔲102 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Di'Mitri Ray Henderson (snc) (Entered: 07/06/2006) |