UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

Case No: 2:05-CR-138-LSC
Hon. Judge: L. Scott Coogler

v.

DIMITRI RAY HENDERSON,
Defendant.

2:07CV113-MHT

---

TODD BROWN
Assistant United States Attorney
One Church Street
Montgomery, AL 36104

DIMITRI RAY HENDERSON 11739-002
Pro Se
Federal Detention Center
P.O. Box 1000
Milan, MI 48160

---

## PROOF OF SERVICE

Dimitri Ray Henderson, being first duly sworn, deposes and says that on this 30th day of January, 2007, he sent a Motion to Amend

-1-

or Correct Judgment upon the following by United States Postal Service:

TODD BROWN, AUSA
One Church Street
Montgomery, AL 36104

JUDGE, L. SCOTT COOGLER (124019)
One Church Street
Montgomery, AL 36104

*Dimitri R. Henderson*
DIMITRI R. HENDERSON
Federal Detention Center
P.O. Box 1000
Milan, MI 48160

DATED: January 30, 2007