Dimitri Ray Henderson 11739-002
Federal Detention Center
P.O. Box 1000
Milan, MI 48160

RECEIVED

2007 FEB 16  A 9: 38

DRA P. HACKETT CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No.: 2:05-CR-138-CD-A

Tuesday, February 13, 2007

Honorable Terry F. Moorer
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Honorable Terry F. Moorer,

I'm writing this letter to inform you that I've no intentions on challenging my conviction at all. So can you please disregard the motion that was filed on January 30, 2007. Thank you for your time and service, and hopefully I'd hear from you as soon as possible!

Sincerely,
Dimitri R. Henderson
Dimitri R. Henderson