Dimitri Ray Henderson 11739-002
Federal Detention Center
P.O. Box 1000
Milan, MI 48160

RECEIVED
2007 FEB 16 A 9:37

[illegible] P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tuesday, February 13, 2007

Case No.: 2:05-CR-138-LSC

Honorable Terry F. Moorer
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Honorable Terry F. Moorer,

    I'm writing this letter to provide some clarification on my motion that I filed on January 30, 2007. I'm asking the Court if I can receive the time credit and applied to my federal sentence that I spent in Montgomery City Jail while I was in federal custody. I was in Montgomery City Jail from September 13, 2005 until June 15, 2006, which is approximately nine months and two days. My intentions for this letter is only to receive the time that I spent in Montgomery City Jail. I'd like to know if I got to file another motion to get my time credit to my sentence or can you grant and correct my sentence with the knowledge of this letter alone. If not, can you provide the appropriate way about getting my time credited to my sentence. Well, I'd like to take the time right now and thank you for taking you time out to read this letter. Once again, thank you

(1)

for your time and service; and hopefully I'd hear from you as soon as possible."

Sincerely,
Dimitri R. Henderson
Dimitri R. Henderson