IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DI'MITRI RAY HENDERSON,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | |
| v.  ) | Civil Action No. |
| ) | 2:07cv113-MHT-TFM |
| UNITED STATES OF AMERICA,  ) | (WO) |
| ) | |
| Respondent.  ) | |

**O R D E R**

On February 16, 2007, the court erroneously docketed petitioner Di'Mitri Ray Henderson's "motion for jail time credit" as Document No. 6 in the above-styled civil action. The court's records reflect that Henderson's motion for jail time credit has also been properly docketed as Document No. 128 in Criminal Case No. 2:05cr138-MHT, *United States v. Henderson*. Accordingly, the Clerk of this court is DIRECTED to strike the "motion for jail time credit" (Document No. 6) from the docket in Civil Action No. 2:07cv113-MHT-TFM.

Done this 2nd day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE