IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

Di'MITRI RAY HENDERSON,    )
                           )
    Petitioner,            )
                           )
    v.                     )    CIVIL ACTION NO.
                           )    2:07cv113-MHT
                           )         (WO)
UNITED STATES OF AMERICA,  )
                           )
    Respondent.            )

OPINION

By order entered on February 7, 2007, this court asked petitioner Di'Mitri Ray Henderson to advise if he wished to proceed on his motion, filed February 6, 2007, as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255; to amend his motion to assert additional claims; or to dismiss his motion.  On February 16, 2007, Henderson filed a pro se letter indicating that he wished to withdraw his motion.

An appropriate judgment will be entered allowing petitioner to withdraw his motion.

DONE, this the 8th day of March, 2007.


　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**