IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

Di'MITRI RAY HENDERSON,      )
                             )
    Petitioner,              )
                             )        CIVIL ACTION NO.
    v.                       )         2:07cv113-MHT
                             )             (WO)
UNITED STATES OF AMERICA,    )
                             )
    Respondent.              )

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner Di'Mitri Ray Henderson's motion to withdraw (Doc. No. 5) is granted.

(2) Petitioner Henderson's motion to vacate (Doc. No. 1) is withdrawn.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of March, 2007.


  /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**