IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DI'MITRI RAY HENDERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | CV NO. 2:07cv113-MHT-TFM |
| ) | WO |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

The Recommendation filed in this action on March 8, 2007, (Doc. #8), that this court grant Petitioner Di'mitri Ray Henderson's request to dismiss this action, is hereby VACATED.

Done this 8th day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE